| Case | Number | Date | Disposition |
|---|---|---|---|
| SECURA Insurance v. Ray Duerr Logging LLC† | 2016AP000299 | 10–11–2017 | Affirmed/ reversed/ remanded |
| State v. Pickett† | 2016AP000384 CR | 10–03–2017 | Affirmed |
| Engelhardt v. City of New Berlin† | 2016AP000801 | 10–04–2017 | Reversed |
| State v. Perkins | 2016AP000811 | 10–10–2017 | Affirmed |
| Animal Legal Def. Fund v. Board of Regents of the Univ. of Wis. | 2016AP000869 | 10–19–2017 | Reversed and remanded |
| State v. Johnson† | 2016AP000919 CR | 10–17–2017 | Affirmed |
| Kopp v. School Dist. of Crivitz | 2016AP000945 | 10–03–2017 | Affirmed |
| State v. Buchanan† | 2016AP001022 | 10–24–2017 | Affirmed |
| State v. Harden† | 2016AP001053 | 10–04–2017 | Affirmed |
| Dyer v. Thompson | 2016AP001103 | 10–04–2017 | Affirmed |
| State v. Peace† | 2016AP001105 CR | 10–03–2017 | Affirmed |
| State v. Lelinski† | 2016AP001157 | 10–10–2017 | Affirmed |
| State v. Kropp† | 2016AP001200 CR | 10–31–2017 | Affirmed |
| State v. Moore† | 2016AP001292 CR | 10–31–2017 | Affirmed |
| State v. Potts† | 2016AP001367 CR | 10–24–2017 | Affirmed |
| State v. Reno† | 2016AP001371 CR | 10–31–2017 | Affirmed |
| Helmer E. Hanson Living Tr. v. Hanson | 2016AP001448 | 10–03–2017 | Affirmed/ reversed/ remanded |
| State v. Paholke† | 2016AP001504 CR | 10–31–2017 | Affirmed |
| Securant Bank & Tr. v. Outer Limits Invs. LLC | 2016AP001528 | 10–05–2017 | Affirmed |
| State v. Boyd† | 2016AP001565 CR | 10–31–2017 | Affirmed |
| Hilbert v. Wisconsin County Mut. Ins. Corp. | 2016AP001571 | 10–03–2017 | Affirmed |

† Petition to review filed.